# Exhibit 4

**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4647
Facsimile: 213.486.0065
Tami Smason (SBN: 120213)
tsmason@foley.com

**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029
F. Lane Heard III (admitted pro hac vice)
lheard@wc.com
Enu Mainigi (admitted pro hac vice)
emainigi@wc.com
J. Andrew Keyes (admitted pro hac vice)
akeyes@wc.com
Holly Conley (admitted pro hac vice)
hconley@wc.com
Benjamin Hazelwood (admitted pro hac vice)
bhazelwood@wc.com

*Attorneys for Defendant CaremarkPCS Health, L.L.C.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. AMBURGEY and ALICE WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CAREMARKPCS HEALTH, L.L.C., and DOES 1–10,<br><br>Defendants. | Case No.: 8:17-CV-183 CJC KES<br><br>**SECOND DECLARATION OF THOMAS S. MOFFATT IN SUPPORT OF CAREMARKPCS HEALTH'S MOTION TO DISMISS**<br><br>Date:       September 25, 2017<br>Time:       1:30 PM<br>Courtroom:  9B<br><br>Assigned to Hon. Cormac J. Carney |

SECOND DECLARATION OF THOMAS S. MOFFATT

I, Thomas S. Moffatt, pursuant to 28 U.S.C. § 1746, hereby affirm that I am over 18 years of age and am competent to make the following Declaration:

1. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge. I am authorized to make this Declaration on behalf of Defendant CaremarkPCS Health, L.L.C. I authorize the use of this (second) Declaration in connection with the above-captioned lawsuit.

2. I have been employed with CVS Pharmacy, Inc. since 1997, and currently hold the position of Vice President, Corporate Secretary and Assistant General Counsel – Corporate Services of CVS Pharmacy, Inc.

3. In that capacity, I am familiar with the corporate structure of CVS Health Corporation and its wholly-owned subsidiaries, including CaremarkPCS Health, L.L.C. and Caremark, L.L.C., and the nature of the primary business functions of CaremarkPCS Health, L.L.C. and Caremark, L.L.C.

4. CaremarkPCS Health, L.L.C. is a pharmacy benefit management company that, as my August 2, 2017 Declaration in this case stated, has no offices or facilities in California, and none of its employees or assets are located there. CaremarkPCS Health, L.L.C. neither owns nor operates the Redlands, California Specialty Pharmacy.

5. The Redlands, California Specialty Pharmacy, located at 1127 Bryn Mawr Avenue, is owned and operated by Caremark, L.L.C. Caremark, L.L.C. is a separate and distinct company from CaremarkPCS Health, L.L.C., both of which companies observe and enforce corporate formalities. CaremarkPCS Health, L.L.C. is not owned, directly or indirectly, by Caremark, L.L.C., nor is Caremark, L.L.C. owned, directly or indirectly, by CaremarkPCS Health, L.L.C. CaremarkPCS Health, L.L.C. is not a reporting division of Caremark, L.L.C., nor is Caremark, L.L.C. a reporting division of CaremarkPCS Health, L.L.C. Rather, each is a separate and distinct legal entity.

SECOND DECLARATION OF THOMAS S. MOFFATT

| | |
|---|---|
| 1 | |
| 2 | I declare under penalty of perjury under the laws of the United States of |
| 3 | America that the foregoing is true and correct. |
| 4 | Executed this 7th day of September, 2017, in Rhode Island. |
| 5 | |
| 6 | |
| 7 | _____ |
| 8 | Thomas S. Moffatt |