UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. AMBURGEY and ALICE WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CAREMARKPCS HEALTH, L.L.C., and DOES 1–10,<br><br>Defendants. | **Case No.: 8-17-CV-183 CJC KES**<br><br>**Order Granting Defendant's Application to Seal** |

The Court, having considered Defendant CaremarkPCS Health, L.L.C.'s Application for Leave to Submit its Motion To Dismiss the Third Amended Complaint, Peterman Declarations, and Statement of Uncontroverted Facts Under Seal, hereby ORDERS:

1. Defendant's Application to Seal is GRANTED.
2. Defendant shall file an unredacted version of the First Declaration of Richard Peterman. That version shall be maintained under seal to protect the confidentiality of lines 13–16 of page 2 of the First Peterman Declaration.

PROPOSED ORDER

3. Defendant shall file an unredacted version of the Second Declaration of Richard Peterman. That version shall be maintained under seal to protect the confidentiality of lines 26–28 of page 1, and lines 4–10 and 14–17 of page 2 of the Second Peterman Declaration.

4. Defendant shall file an unredacted version of its Motion To Dismiss the Third Amended Complaint. That version shall be maintained under seal to protect the confidentiality of line 7 and footnotes 43 & 44 on page 10 of the Motion.

5. Defendant shall file an unredacted version of its Statement of Uncontroverted Facts. That version shall be maintained under seal to protect the confidentiality of Undisputed Material Facts Nos. 8 & 9 of page 2 of the Statement of Uncontroverted Facts.

6. All other portions of the Motion, Statement of Uncontroverted Facts, and First and Second Peterman Declarations shall remain available to the public via the redacted versions of those documents.

Date: November 1, 2017          Hon. Cormac J. Carney